UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bellahouel Benotmane
Petitioner

VS

Joseph F. Modonough
- Sherriff of Plymouth County
Department of Homeland Security
Respondent

Application for federal writ of habeas corpus under 28 U.S.C. 2241

- I am presently confined at the Plymouth County Correctional facility
- The basis of my petition is about continued detention by the department of Homeland Security.
- The DHS does not have authority to detain me indefinitely, thus my detention is unlawful.
- This is because my removal cannot be completed in the near future. Zadvydas vs Davis 533 U.S. 678 (2001)

(1) I was order deported November 04, 2002, I have given the DHS all the information they need in order to get my travel documents. Place of birth, date of birth, year I enter into the US finger and photos.

(b) I have requested to speak to my Consulate all in vain.

- My detention is in violation of my rights
(i) After three months from the date of my final order, I receive a letter stating that my detention will be continued.

- I exhausted my administrative remedies by requesting for release from the deportation officer in Boston and the headquarters in Washington and thus my last option is this Judicial action.

- I also believe that my detention is unlawful according to 8 C.F.R. 241.4.
- I do have a guardian who is willing to support me until I get back on my feet upon release.
- I will avail myself to the D.H.S anytime expected until my removal is imminent. I am willing to abide with all the conditions imposed on me upon release.

I declare under penalty and perjury that the foregoing is true and correct.

Date: 02-24-2004:

Signature:

Bellahouel Benotmane.